UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| G & G PARTNERS, L.P., a California limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>YVES SAINT LAURENT AMERICA, INC., a New York corporation; TOURNEAU, LLC, a Delaware limited liability company; NESPRESSO USA, INC., a Delaware corporation; NESTLÉ HOLDINGS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 4:26-cv-08215-HSG<br><br>**ORDER RE JOINT STIPULATION TO REMAND ACTION (as modified)**<br><br>Judge: Haywood S. Gilliam, Jr.<br><br>Action Filed: June 1, 2026<br>Trial Date: None |

**ORDER**

Having considered the Parties' Joint Stipulation to Remand Action, and good cause appearing, IT IS HEREBY ORDERED that this action is REMANDED to the Superior Court of the State of California, County of San Francisco (Case No. CGC-26-637490). The Clerk is directed to close this case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/3/2026

Hon. Haywood S. Gilliam, Jr.
District Judge of the Northern District Court